UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:10-CR-128-1D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DARSHAUM VASHAUN BOYD | ORDER |

On motion of the Defendant, Darshaum Vashaun Boyd, and for good cause shown, it is hereby ORDERED that the Document at Docket Entry #37 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney and Counsel for the Defendant.

SO ORDERED. This 5 day of July 2014.

JAMES C DEVER III
Chief United States District Judge